UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――― X

ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., JORVIK MULTI-STRATEGY MASTER FUND, L.P., LDO XVII INC., MACROSYNERGY TRADING MASTER FUND LIMITED, NN (L) (for and on behalf of NN (L) EMERGING MARKETS DEBT (HARD CURRENCY), NN (L) EMERGING MARKETS DEBT OPPORTUNITIES, and NN (L) FRONTIER MARKETS DEBT (HARD CURRENCY)), YORK CAPITAL MANAGEMENT, L.P., YORK CREDIT OPPORTUNITIES FUND, L.P., YORK CREDIT OPPORTUNITIES INVESTMENTS MASTER FUND, L.P., and YORK MULTI-STRATEGY MASTER FUND, L.P.,

   Plaintiffs,

   v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

   Defendant.

: No. 19 Civ. 9014

―――――――――――――――――――――――――― X

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Plaintiffs hereby provide the following disclosures:

ACL1 Investments Ltd. is an exempted company with limited liability organized under the laws of the Cayman Islands. ACL1 Holdings Ltd., which is not publicly traded, is the sole corporate parent of ACL1 Investments Ltd.

ACL2 Investments Ltd. is an exempted company with limited liability organized under the laws of the Cayman Islands. ACL2 Holdings Ltd., which is not publicly traded, is the sole corporate parent of ACL2 Investments Ltd.

Jorvik Multi-Strategy Master Fund, L.P. is an exempted limited partnership organized under the laws of the Cayman Islands.  It is not a corporation and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

LDO XVII Inc. is a corporation organized under the laws of Delaware.  LMA SPC, for and on behalf of MAP 98 Segregated Portfolio, which is not publicly traded, is the sole corporate parent of LDO XVII Inc.

Macrosynergy Trading Master Fund Limited is an exempted company with limited liability organized under the laws of the Cayman Islands.  It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

NN (L) is a public limited liability company ("*société anonyme*") organized under the laws of Luxembourg and qualifying as an open-ended investment company with variable share capital (*société d'investissement à capital variable* (*SICAV*)) with multiple sub-funds.  It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

York Capital Management, L.P., is a limited partnership organized under the laws of Delaware.  It is not a corporation and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

York Credit Opportunities Fund, L.P., is a limited partnership organized under the laws of Delaware.  It is not a corporation and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

York Credit Opportunities Investments Master Fund, L.P., is an exempted limited partnership organized under the laws of the Cayman Islands.  It is not a corporation and is

therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

York Multi-Strategy Master Fund, L.P. is an exempted limited partnership organized under the laws of the Cayman Islands.  It is not a corporation and is therefore not a "nongovernmental corporate party" for purposes of Rule 7.1.  Rule 7.1 therefore does not require any disclosures with respect to it.

Dated:  September 27, 2019

Respectfully submitted,

ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP

By:    s/ Mark T. Stancil

Mark T. Stancil (admission *pro hac vice* pending)
Gary A. Orseck (admission *pro hac vice* pending)
Joshua S. Bolian
2000 K Street, N.W.
Washington, DC 20006
Telephone:    (202) 775-4500
Facsimile:     (202) 775-4510
Email:           mstancil@robbinsrussell.com

*Attorneys for Plaintiffs*