UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _10/21/19_

**ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., JORVIK MULTI-STRATEGY MASTER FUND, L.P., LDO XVII INC., MACROSYNERGY TRADING MASTER FUND LIMITED, NN (L), YORK CAPITAL MANAGEMENT, L.P., YORK CREDIT OPPORTUNITIES FUND, L.P., YORK CREDIT OPPORTUNITIES INVESTMENTS MASTER FUND, L.P., and YORK MULTI-STRATEGY MASTER FUND, L.P.,**

Plaintiffs,

- against -

**BOLIVARIAN REPUBLIC OF VENEZUELA,**

Defendant.

19 Civ. 9014 (LLS)

**ORDER FOR
SERVICE OF COMPLAINT**

It sufficiently appearing that the parties had a "special arrangement for service between the plaintiff and the foreign state" [see 28 U.S.C. § 1608(a)(1)] by serving any official at the Consulate General of Venezuela, and that defendant agreed "to maintain at all times an agent" to receive service at the Consulate General, but that the Venezuelan Consulate General is closed,

IT IS ORDERED that plaintiffs shall effect service on each of Venezuela's Embassy in Washington, D.C. (controlled by President Guaidó), its Mission to the United Nations in New York (controlled by President Maduro); they shall also effect service on Venezuela by the method set forth in 28 U.S.C. § 1608(a)(4),

by means of the U.S. Secretary of State.

So ordered.

Dated:    New York, New York
          October 21, 2019

_Louis L. Stanton_

LOUIS L. STANTON
U.S.D.J.

-2-