UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

——————————————————— X

ACL1 INVESTMENTS LTD., *et al.*,        :
                                        :
            Plaintiffs,                 :
                                        :
      v.                                :    No. 19 Civ. 9014 (LLS)
                                        :
BOLIVARIAN REPUBLIC OF VENEZUELA,       :
                                        :
            Defendant.                  :

——————————————————— X

## NOTICE OF VOLUNTARY DISMISSAL SOLELY AS TO
## PLAINTIFF MACROSYNERGY TRADING MASTER FUND LIMITED

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Macrosynergy Trading

Master Fund Limited, solely as to itself and not as to any other plaintiff, hereby gives notice that

the above-captioned action is voluntarily dismissed without prejudice.

Dated: January 9, 2020

Respectfully submitted,

ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP

By:    s/ Mark T. Stancil

Mark T. Stancil (admitted *pro hac vice*)
Gary A. Orseck (admitted *pro hac vice*)
2000 K Street, N.W.
Washington, DC 20006
Telephone:    (202) 775-4500
Facsimile:    (202) 775-4510
Email:        mstancil@robbinsrussell.com

*Attorneys for Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/20

SO ORDERED:

Louis L. Stanton
U.S.D.J.       1/9/20