UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————— X

ACL1 INVESTMENTS LTD., *et al.*,

    Plaintiffs,

v.                                                          No. 19 Civ. 9014 (LLS)

BOLIVARIAN REPUBLIC OF VENEZUELA,

    Defendant.
—————————————————————— X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/20

**NOTICE OF VOLUNTARY DISMISSAL SOLELY AS TO PLAINTIFF NN (L)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff NN (L) (for and on behalf of NN (L) Emerging Markets Debt (Hard Currency), NN (L) Emerging Markets Debt Opportunities, and NN (L) Frontier Markets Debt (Hard Currency)), solely as to itself and not as to any other plaintiff, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: January 8, 2020

Respectfully submitted,

ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP

By:  s/ Mark T. Stancil

Mark T. Stancil (admitted *pro hac vice*)
Gary A. Orseck (admitted *pro hac vice*)
2000 K Street, N.W.
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: mstancil@robbinsrussell.com

*Attorneys for Plaintiffs*

SO ORDERED:

*Louis L. Stanton*
U.S.D.J.
1/9/20