AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ACL1 Investments Ltd. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  19 Civ. 9014 (LLS) |
| Bolivarian Republic of Venezuela | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs (see addendum)   .

Date:   01/28/2020

s/ Joshua S. Bolian
*Attorney's signature*

Joshua S. Bolian (JB5974)
*Printed name and bar number*

Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, 2000 K Street, N.W., Washington, DC 20006
*Address*

jbolian@robbinsrussell.com
*E-mail address*

(202) 775-4500
*Telephone number*

(202) 775-4510
*FAX number*

**ADDENDUM – ALL PLAINTIFFS**

ACL1 Investments Ltd.

ACL2 Investments Ltd.

Jorvik Multi-Strategy Master Fund, L.P.

LDO XVII Inc.

York Capital Management, L.P.

York Credit Opportunities Fund, L.P.

York Credit Opportunities Investments Master Fund, L.P.

York Multi-Strategy Master Fund, L.P.