UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACL1 INVESTMENTS LTD., *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>                    Defendant. | No. 19 Civ. 9014 (LLS) |

## [PROPOSED] ORDER FOR WITHDRAWAL OF ATTORNEY

**IT IS HEREBY ORDERED** that, pursuant to Rule 1.4 of the Local Rules of this Court, Mark T. Stancil is withdrawn as counsel for Plaintiffs in this matter.

Dated:_____

                                                                  _____
                                                                  Louis L. Stanton
                                                                  United States District Judge