UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACL1 INVESTMENTS LTD., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | No. 19 Civ. 9014 (LLS) |

**DECLARATION OF MARK T. STANCIL IN SUPPORT OF
PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY**

I, Mark T. Stancil, declare and state as follows:

1.   I was a partner in the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP ("Robbins Russell"), counsel for Plaintiffs in the above-captioned matter. Pursuant to Rule 1.4 of the Local Rules of this Court, I submit this declaration in support of the Proposed Order for Withdrawal of Attorney.

2.   On September 27, 2019, Plaintiffs filed their complaint in the above-captioned matter.

3.   On October 15, 2019, this Court granted my motion to appear *pro hac vice*.

4.   On October 21, 2019, this Court ordered Plaintiffs to make service on Defendant using specified means.

5.   On January 31, 2020, Plaintiffs completed service on Defendant by the means specified in the Court's October 21, 2019, order, making Defendant's answer due by March 31, 2020.

6.   Effective January 31, 2020, I left the partnership of Robbins Russell and, the next day, joined the partnership of Willkie Farr & Gallagher LLP.

7. Attorneys from Robbins Russell (Gary A. Orseck and Joshua S. Bolian) have entered appearances in this matter and continue to represent Plaintiffs.

8. I have informed Plaintiffs of my departure from Robbins Russell and of my intent to withdraw as its counsel in this matter. Plaintiffs have informed me that they consent to my withdrawal.

9. I am not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 10, 2020

/s/ Mark T. Stancil
Mark T. Stancil (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC 20006
Tel: (202) 303-1133
Fax: (202) 303-2000
mstancil@willkie.com

*Attorney for Plaintiffs*