ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACL1 INVESTMENTS LTD., *et al.*,

    Plaintiffs,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

    Defendant.

No. 19 Civ. 9014 (LLS)

### [PROPOSED] ORDER FOR WITHDRAWAL OF ATTORNEY

**IT IS HEREBY ORDERED** that, pursuant to Rule 1.4 of the Local Rules of this Court, Mark T. Stancil is withdrawn as counsel for Plaintiffs in this matter.

Dated: 2/11/20

*Louis L. Stanton*
Louis L. Stanton
United States District Judge