## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., JORVIK MULTI-STRATEGY MASTER FUND, L.P., LDO XVII INC., MACROSYNERGY TRADING MASTER FUND LIMITED, NN (L) (for and on behalf of NN (L) EMERGING MARKETS DEBT (HARD CURRENCY), NN (L) EMERGING MARKETS DEBT OPPORTUNITIES, and NN (L) FRONTIER MARKETS DEBT (HARD CURRENCY)), YORK CAPITAL MANAGEMENT, L.P., YORK CREDIT OPPORTUNITIES FUND, L.P., YORK CREDIT OPPORTUNITIES INVESTMENTS MASTER FUND, L.P., and YORK MULTI-STRATEGY MASTER FUND, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | No. 19-cv-09014-LLS <br><br> **STIPULATION AND [PROPOSED] ORDER** |

**WHEREAS**, Plaintiffs ACL1 Investments Ltd., *et al.*, commenced this action by filing a complaint in the Southern District of New York on September 27, 2019;

**WHEREAS**, on February 4, 2020, Plaintiffs filed a certificate of service stating that copies of the summons and complaint were delivered via diplomatic note to the Embassy of Bolivarian Republic of Venezuela (the "Republic") on January 31, 2020;

**WHEREAS**, the Republic's response is due on March 31, 2020;

**WHEREAS**, the parties have conferred and agreed to conduct informal discovery;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, by their undersigned counsel, that:

1. Defendant's time to answer or otherwise respond to the Complaint is adjourned until May 15, 2020.

2. This Stipulation may be executed in counterparts and electronic signatures shall be deemed as an original execution.

Dated: March 25, 2020
New York, New York

SULLIVAN & CROMWELL LLP

*/s/ Joseph E. Neuhaus*
Joseph E. Neuhaus
Sergio J. Galvis
James L. Bromley
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
neuhausj@sullcrom.com
galviss@sullcrom.com
bromleyj@sullcrom.com

Angela N. Ellis
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C.  20006-5215
Telephone:  202-956-7500
Facsimile:  202-293-6330
ellisan@sullcrom.com

*Attorneys for Defendant Bolivarian Republic of Venezuela*

Dated: March 25, 2020
New York, New York

ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP

*/s/ Joshua S. Bolian*

Gary A. Orseck (*pro hac vice*)
Joshua S. Bolian
2000 K Street, N.W.
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: jbolian@robbinsrussell.com

*Attorneys for Plaintiffs*

SO ORDERED this \_\_\_\_ day of _____, 2020.

_____
Honorable Louis L. Stanton
United States District Court Judge