IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., JORVIK MULTI-STRATEGY MASTER FUND, L.P., LDO XVII INC., YORK CAPITAL MANAGEMENT, L.P., YORK CREDIT OPPORTUNITIES FUND, L.P., YORK CREDIT OPPORTUNITIES INVESTMENTS MASTER FUND, L.P., and YORK MULTI-STRATEGY MASTER FUND, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | No. 19-cv-09014-LLS <br><br> **STIPULATION AND [PROPOSED] ORDER** |

---

**WHEREAS**, the Court entered a stipulation on May 11, 2020 adjourning until June 15, 2020 the time for Defendant Bolivarian Republic of Venezuela (the "Republic") to answer Plaintiffs' Complaint in order to allow the parties to conduct informal discovery, Dkt. 36;

**WHEREAS**, the Parties are continuing to conduct discovery in an effort to reduce matters in dispute;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, by their undersigned counsel, that:

1. Defendant's time to answer or otherwise respond to the Complaint is adjourned until July 15, 2020.

2. This Stipulation may be executed in counterparts and electronic signatures shall be deemed as an original execution.

Dated:  June 11, 2020
         New York, New York

SULLIVAN & CROMWELL LLP

*/s/ Joseph E. Neuhaus*
Joseph E. Neuhaus
Sergio J. Galvis
James L. Bromley
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
neuhausj@sullcrom.com
galviss@sullcrom.com
bromleyj@sullcrom.com

Angela N. Ellis
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C.  20006-5215
Telephone:  202-956-7500
Facsimile:  202-293-6330
ellisan@sullcrom.com

*Attorneys for Defendant Bolivarian Republic of Venezuela*

Dated: June 11, 2020
New York, New York

        ROBBINS, RUSSELL, ENGLERT, ORSECK,
        UNTEREINER & SAUBER LLP

        */s/ Joshua S. Bolian*
        Gary A. Orseck (*pro hac vice*)
        Joshua S. Bolian
        2000 K Street, N.W.
        Washington, DC 20006
        Telephone: (202) 775-4500
        Facsimile: (202) 775-4510
        Email: jbolian@robbinsrussell.com

        *Attorneys for Plaintiffs*

SO ORDERED this ____ day of _____, 2020.

        _____
        Honorable Louis L. Stanton
        United States District Court Judge