# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————— X

ACL1 INVESTMENTS LTD., ACL2     :
INVESTMENTS LTD., JORVIK MULTI-     :
STRATEGY MASTER FUND, L.P., LDO XVII     :
INC., YORK CAPITAL     :
MANAGEMENT, L.P., YORK CREDIT     :     No. 19-cv-09014-LLS
OPPORTUNITIES FUND, L.P., YORK CREDIT     :
OPPORTUNITIES INVESTMENTS MASTER     :     **STIPULATION AND**
FUND, L.P., and YORK MULTI-STRATEGY     :     **[PROPOSED] ORDER**
MASTER FUND, L.P.,     :
    :
        Plaintiffs,     :
    :
        v.     :
    :
BOLIVARIAN REPUBLIC OF VENEZUELA,     :
    :
        Defendant.     :
    :

———————————————————— X

      **WHEREAS**, the Court entered a stipulation on June 12, 2020 adjourning until

July 15, 2020 the time for Defendant Bolivarian Republic of Venezuela (the "Republic") to

answer Plaintiffs' Complaint in order to allow the parties to conduct informal discovery, Dkt. 38;

      **WHEREAS**, the Parties are continuing to conduct discovery in an effort to

reduce matters in dispute;

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and

Defendant, by their undersigned counsel, that:

1. Defendant's time to answer or otherwise respond to the Complaint is adjourned

   until August 17, 2020.

2.  This Stipulation may be executed in counterparts and electronic signatures shall

be deemed as an original execution.

Dated:   July 13, 2020
New York, New York

SULLIVAN & CROMWELL LLP

*/s/ Joseph E. Neuhaus*

Joseph E. Neuhaus
Sergio J. Galvis
James L. Bromley
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
neuhausj@sullcrom.com
galviss@sullcrom.com
bromleyj@sullcrom.com

Angela N. Ellis
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C.  20006-5215
Telephone:  202-956-7500
Facsimile:  202-293-6330
ellisan@sullcrom.com

*Attorneys for Defendant Bolivarian Republic of Venezuela*

-2-

Dated:  July 13, 2020
        New York, New York

ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP

*/s/ Joshua S. Bolian*

Gary A. Orseck (*pro hac vice*)
Joshua S. Bolian
2000 K Street, N.W.
Washington, DC 20006
Telephone:  (202) 775-4500
Facsimile:  (202) 775-4510
Email:  jbolian@robbinsrussell.com

*Attorneys for Plaintiffs*

SO ORDERED this _____ day of _____, 2020.

_____
Honorable Louis L. Stanton
United States District Court Judge