IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., JORVIK MULTI-STRATEGY MASTER FUND, L.P., LDO XVII INC., YORK CAPITAL MANAGEMENT, L.P., YORK CREDIT OPPORTUNITIES FUND, L.P., YORK CREDIT OPPORTUNITIES INVESTMENTS MASTER FUND, L.P., and YORK MULTI-STRATEGY MASTER FUND, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | No. 19-cv-09014-LLS <br><br> **STIPULATION AND [PROPOSED] ORDER** |

---

**WHEREAS**, the Court entered a stipulation on July 13, 2020 adjourning until August 17, 2020 the time for Defendant Bolivarian Republic of Venezuela (the "Republic") to answer Plaintiffs' Complaint in order to allow the parties to conduct informal discovery, Dkt. 40;

**WHEREAS**, the Parties are continuing to conduct discovery in an effort to reduce matters in dispute;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, by their undersigned counsel, that:

1. Defendant's time to answer or otherwise respond to the Complaint is adjourned until September 15, 2020.

2. This Stipulation may be executed in counterparts and electronic signatures shall be deemed as an original execution.

Dated: August 14, 2020
       New York, New York

                                                 SULLIVAN & CROMWELL LLP

                                                 */s/ Joseph E. Neuhaus*
                                                 Joseph E. Neuhaus
                                                 Sergio J. Galvis
                                                 James L. Bromley
                                                 125 Broad Street
                                                 New York, New York 10004
                                                 Telephone:  (212) 558-4000
                                                 Facsimile:  (212) 558-3588
                                                 neuhausj@sullcrom.com
                                                 galviss@sullcrom.com
                                                 bromleyj@sullcrom.com

                                                 Angela N. Ellis
                                                 SULLIVAN & CROMWELL LLP
                                                 1700 New York Avenue, N.W. Suite 700
                                                 Washington, D.C.  20006-5215
                                                 Telephone: 202-956-7500
                                                 Facsimile:  202-293-6330
                                                 ellisan@sullcrom.com

                                                 *Attorneys for Defendant Bolivarian Republic of Venezuela*

Dated: August 14, 2020
New York, New York

        ROBBINS, RUSSELL, ENGLERT, ORSECK,
        UNTEREINER & SAUBER LLP

        */s/ Joshua S. Bolian*
        Gary A. Orseck (*pro hac vice*)
        Joshua S. Bolian
        2000 K Street, N.W.
        Washington, DC 20006
        Telephone: (202) 775-4500
        Facsimile: (202) 775-4510
        Email: jbolian@robbinsrussell.com

        *Attorneys for Plaintiffs*

SO ORDERED this ____ day of _____, 2020.

        _____
        Honorable Louis L. Stanton
        United States District Court Judge