UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── X
ACL1 INVESTMENTS LTD., *et al.*,           :
                                            :
       Plaintiffs,                     :
                                            :
       v.                              :  No. 19 Civ. 9014 (LLS)
                                            :
BOLIVARIAN REPUBLIC OF VENEZUELA,           :
                                            :
       Defendant.                      :
───────────────────────────────── X

**NOTICE OF VOLUNTARY DISMISSAL AS TO YORK CAPITAL MANAGEMENT, L.P., YORK CREDIT OPPORTUNITIES FUND, L.P., YORK CREDIT OPPORTUNITIES INVESTMENTS MASTER FUND, L.P., YORK MULTI-STRATEGY MASTER FUND, L.P., AND JORVIK MULTI-STRATEGY MASTER FUND, L.P.**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs York Capital Management, L.P., York Credit Opportunities Fund, L.P., York Credit Opportunities Investments Master Fund, L.P., York Multi-Strategy Master Fund, L.P., and Jorvik Multi-Strategy Master Fund, L.P., solely as to themselves and not as to any other plaintiff, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: August 25, 2020                      Respectfully submitted,

                                                ROBBINS, RUSSELL, ENGLERT,
                                                ORSECK, UNTEREINER & SAUBER LLP

                                                By:    s/ Joshua S. Bolian

                                                Gary A. Orseck (*pro hac vice*)
                                                Joshua S. Bolian
                                                2000 K Street, N.W.
                                                Washington, DC 20006
                                                Telephone:    (202) 775-4500
                                                Facsimile:     (202) 775-4510
                                                Email:         jbolian@robbinsrussell.com

                                                *Attorneys for Plaintiffs*