ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/20
```

---------------------------------------- X
ACL1 INVESTMENTS LTD., *et al.*,        :
                                         :
            Plaintiffs,                  :
                                         :
    v.                                   :   No. 19-cv-09014-LLS
                                         :
BOLIVARIAN REPUBLIC OF VENEZUELA,       :   ~~STIPULATION AND~~
                                         :   [~~PROPOSED~~] ORDER    LLS
            Defendant.                   :
                                         :
---------------------------------------- X

**WHEREAS**, the Court entered a stipulation on September 14, 2020 adjourning until October 15, 2020 the time for Defendant Bolivarian Republic of Venezuela (the "Republic") to answer Plaintiffs' Complaint in order to allow the parties to conduct informal discovery, Dkt. 46;

**WHEREAS**, Plaintiffs filed a First Amended Complaint (the "FAC") on October 14, 2020, Dkt. 47;

**WHEREAS**, the Republic's response to the FAC is due on October 28, 2020;

**WHEREAS**, the parties have reached agreement in principle for a partial resolution of the claims asserted in the FAC;

**WHEREAS**, the parties agree that an adjournment of the Republic's time to answer or otherwise respond to the FAC would facilitate the parties' efforts to finalize and document their agreement and to continue to conduct discussions regarding the possibility of resolving the remaining claims;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, by their undersigned counsel, that:

1. Defendant's time to answer or otherwise respond to the Complaint is adjourned *sine die*.

2. Either party may terminate the adjournment upon seven (7) days' written notice, and upon such termination the Action will revert to its status as of submission of this Stipulation and [Proposed] Order by the parties.

3. This Stipulation may be executed in counterparts and electronic signatures shall be deemed as an original execution.

Dated:  October 27, 2020
        New York, New York

                                    SULLIVAN & CROMWELL LLP

                                    */s/ Joseph E. Neuhaus*
                                    Joseph E. Neuhaus
                                    Sergio J. Galvis
                                    James L. Bromley
                                    125 Broad Street
                                    New York, New York 10004
                                    Telephone: (212) 558-4000
                                    Facsimile: (212) 558-3588
                                    neuhausj@sullcrom.com
                                    galviss@sullcrom.com
                                    bromleyj@sullcrom.com

                                    Angela N. Ellis
                                    SULLIVAN & CROMWELL LLP
                                    1700 New York Avenue, N.W. Suite 700
                                    Washington, D.C. 20006-5215
                                    Telephone: 202-956-7500
                                    Facsimile: 202-293-6330
                                    ellisan@sullcrom.com

                                    *Attorneys for Defendant Bolivarian Republic of Venezuela*

Dated: October 27, 2020
Washington, D.C.

ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP

*/s/ Joshua S. Bolian*

Gary A. Orseck (*pro hac vice*)
Joshua S. Bolian
2000 K Street, N.W.
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: jbolian@robbinsrussell.com

*Attorneys for Plaintiffs*

SO ORDERED this 4th day of Nov., 2020.

Louis L. Stanton
Honorable Louis L. Stanton
United States District Court Judge

-3-